Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

Sean Rosen
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bruce Craig, motor yacht Cupcake
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) See Attached

Case No. 3:25-cv-122-TJC-LLL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sean Rosen
Street Address: 15509 Bream rd
City and County: Jacksonville FL 32226 Duval
State and Zip Code: Florida 32226
Telephone Number: 954.997.5509
E-mail Address: Seann.Patrick@icloud.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Bruce Craig
- Job or Title (if known): Owner of Motor Yacht Cupcake
- Street Address: P.O. Box 1628
- City and County: Round Rock
- State and Zip Code: Texas 78680
- Telephone Number: On my cell phone
- E-mail Address (if known):

Defendant No. 2
- Name: CC 1969 LLC
- Job or Title (if known): Texas LLC
- Street Address: PO: Box 1628
- City and County: Round Rock
- State and Zip Code: Texas 78680
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Brian Kelly
- Job or Title (if known): Adjuster For Cause + Maintenance
- Street Address: 11430 North Kendall Drive Suit 202
- City and County: Miami Dade
- State and Zip Code: Florida 33176
- Telephone Number: 305-281-7515 ~ 305-724-7666
- E-mail Address (if known): Brian_Kelly@USMaritime.com

Defendant No. 4
- Name: Captain Nick Kincaid
- Job or Title (if known): Captain motor yacht Cupcake
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: Vessel lawyer
- E-mail Address (if known): On my cell phone

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1333

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Sean Rosen, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* ~~[crossed out]~~, is incorporated under the laws of the State of *(name)* ~~[crossed out]~~,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Bruce Craig, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) **CC1969 LLC**, is incorporated under the laws of the State of (name) **Texas**, and has its principal place of business in the State of (name) **Texas**.

Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**Maintance and Cure LTD Benifits**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Maintance of Cure, LTD Benifits Supervision, The adjuster has diminish my rights as a Vaild SEA Employment agreement I Belive my ability to reach MMI's Being diminished**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Imeidiate Supervibion of SEA Benifits 9 months Pay 65,000 Behind - Acsess to General Practisioner Mental Health Care, Imediate Court Intervention as I Belive all of the SEA is Breached I need Counsel**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~Feb~~ February 4th 2025

Signature of Plaintiff: [signed]

Printed Name of Plaintiff: Seann Rosen

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Defendants Lawyer
JP Perez Miami Florida