UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
"IN ADMIRALTY"

SEAN ROSEN,

        Plaintiff,

v.                                    Case No. 3:25-cv-122-TJC-LLL

M/Y CUPCAKE, etc., et al.,

        Defendants.

## **O R D E R**

Upon review of plaintiff's recent filings (Docs. 5 & 6), the Court determines that defendants should be served with process. Following their appearance, the Court will conduct a status conference to determine how to proceed. The Court previously granted plaintiff's motion for leave to proceed in forma pauperis, so plaintiff shall prepare summonses and present them to the Clerk of Court, who will deliver them to the U.S. Marshals Service to effect service on defendants.[1]

As to plaintiff's motion for leave to seal (Doc. 5), that motion is **provisionally granted**, subject to further discussion at the status conference.

---

[1] Plaintiff can find information about preparing summonses on the Court's website (www.flmd.uscourts.gov) under the tab for "Litigants Without Lawyers" (which is under the main tab "For Litigants"). Public computer terminals are available in the Clerk's Office and in local libraries.

Plaintiff's renewed emergency motion for court supervision (Doc. 6) is **granted to the extent** that the Court will proceed with directing service of process on defendants and will conduct a status conference following their appearance; the motion is **otherwise denied without prejudice** to renewal at a later date if necessary once defendants are in the case and the Court has determined how best to proceed.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of April, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Pro se plaintiff via U.S. mail
and by email:   seann.patrick@icloud.com