UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
"IN ADMIRALTY"

SEAN ROSEN,

    Plaintiff,

v.                        Case No. 3:25-cv-122-TJC-LLL

M/Y CUPCAKE, etc., et al.,

    Defendants.

## O R D E R

Upon review of the file, it is hereby

**ORDERED**:

1. No later than **June 11, 2025**, plaintiff shall file a response to defendants' motion to dismiss (Doc. 9).

2. This case is **SET** for a status conference and hearing on the motion on **June 18, 2025 at 2:00 p.m.** in Courtroom 10D, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Defendants' counsel (who is not local) will be permitted to appear by zoom if he contacts the undersigned's courtroom deputy, Tim Luksha (timothy_luksha@flmd.uscourts.gov) no later than June 11, 2025 to make the arrangements.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of May, 2025.



s.
Copies:

Counsel of record

Pro se plaintiff via U.S. mail
and by email:   seann.patrick@icloud.com

2